AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

U.S.A.

V.

RUBEN T. WILLIAMS, Jr.

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-CR-110

| PRESIDING JUDGE<br>Christopher H. Steger | PLAINTIFF'S ATTORNEY<br>Kevin Brown | DEFENDANT'S ATTORNEY<br>Damon Burk |
|---|---|---|
| TRIAL DATE (S)<br>Suppression hearing 10/8/25 | COURT REPORTER<br>Elizabeth Coffey | COURTROOM DEPUTY<br>Kelli Jones/Dana Bellamy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/8/2025 | | | Ethan Lee, sworn |
| 1 | | 10/8/2025 | X | X | Dash camera footage |
| W | | 10/8/2025 | | | Darnell Bryant, sworn |
| 2 | | 10/8/2025 | X | X | Bryant body camera footage |
| W | | 10/8/2025 | | | Gavin Moody, sworn |
| | W | 10/8/2025 | | | William Dipilo, sworn |
| | 1 | 10/8/2025 | X | X | Warranty Deed |
| | 2 | 10/8/2025 | X | X | Layout of Hamilton Place Maill parking lot |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages